# EXHIBIT 2



**Information and Application Process**

Guidelines:

This COVID-19 Vaccine Related Exemption and Accommodation application is for a) religious and medical exemption requests to the mandatory vaccination policy, and (b) medical accommodation requests where an employee is unable to mount an immune response to COVID-19 due to preexisting immune conditions.

All applications that require supporting documentation must include the documentation at the time of application.

Information regarding an individual's disability will be kept confidential to the extent required by law.

Applications including supporting documentation will be reviewed by appropriate staff including as necessary by a physician in the Medical, Leaves and Records Department (Medical).

**NOTIFICATION OF A DETERMINATION**
The determination of eligibilty for an exemption or accommodation will be emailed to the employee's DOE email address.

**GENERAL INFORMATION**
Questions about the accommodation process may be directed to ODA at ODA@schools.nyc.org. Additional information about DOE's equal opportunity policy, including procedures for filing discrimination complaints, can be found in Chancellor's Regulation A-830.

| | Checklist | | | | |
|---|---|---|---|---|---|
| **Tasks** | | **Responsibility** | **Status** | **Date Completed** | **More Information** |
| Self Service Online Leave Application (In Progress now) | | Applicant | In Progress | | ⓘ |
| Document(s) explaining exemption request such as from the employee and/or from a religious official [Required] | Exemption Appeal_addIns.pdf / GiUlia Miller Letter.pdf   Upload File(s)... | Applicant | Received | 11/30/2021 | ⓘ |

Click **Upload File(s)** to upload supporting documents.

If you have read and understood the information above and wish to submit an online application, please click 'Continue'. You can click the 'Back' button to go back to the previous page if you need to make changes to your information.

[Back]   [Continue]   [Start Over]   [Exit]