**UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

NATALYA HOGAN

Plaintiff

vs

CITY OF NEW YORK AND THE NEW YORK CITY DEPARTMENT OF EDUCATION

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

CHRISTOPHER J. KLEIN , being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **1/25/2024**, at **4:29 PM** at **100 CHURCH STREET ATTN: MESSENGER CENTER, NEW YORK, NY 10007,** Deponent served the within **SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT , INITIAL CONFERENCE ORDER, NOTICE OF OPTION TO CENSENT TO MAGISTRATE JUDGE JURISDICTION**,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CITY OF NEW YORK, Defendant** therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Jerry Bradshaw** said individual to be **Authorized Agent** who specifically stated he/she was **authorized** to **accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A description of Jerry Bradshaw is as follows:

**Sex**: Male **Color of skin**: Black **Color of hair**: Balding/Gray **Age**: 59
**Height**: Over 6ft **Weight**: Over 200 Lbs. **Other** : Glasses

Sworn to before me on January 26, 2024

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/27

Client's File No.: 2403220

Process Server, Please Sign
CHRISTOPHER J. KLEIN
Lic# 1188546
Job #: 2404812

*ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC,*
*6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771*