# THE GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo Street, Suite 2
Ithaca, New York 14850

April 10, 2024

**VIA ECF**
Hon. Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Hogan v. City of New York, et al.*
              23-cv-8727 (RER) (PK)

Dear Judge Kuo,

    I represent the Plaintiff in this matter and write in response to Defendants' letter request for a second extension of time to answer the complaint [Doc. No. 10].

    Contrary to Defendants' assertions, Plaintiff did not object to a further extension but did ask that since counsel indicated he plans to submit a motion to dismiss in lieu of answer, that Defendants agree in return to stipulate to a briefing schedule which provides adequate time to respond. I have a small firm, and our calendar in May, June and July is very packed. I proposed the parties stipulate that (subject to the Court's approval) if Defendants' motion is filed by May 15, 2024, Plaintiff's would have until July 16, 2024 to respond. Defendants will not say why this is unacceptable, and instead of agreeing to a brief phone call to resolve any concerns in a mutually agreeable way, Defendants submitted a letter to this Court misstating the Plaintiff's position and key facts.

    To avoid wasting this Court's time, Plaintiff will not oppose Defendants' second adjournment request, but does ask that the initial conference be held remotely, due to scheduled travel in June.

              Yours sincerely,

              /s/ *Sujata S. Gibson*

              Sujata Gibson, Esq.

TELEPHONE: (607)327-4125    HTTP://WWW.GIBSONFIRM.LAW    EMAIL: SUJATA@GIBSONFIRM.LAW