# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.<br>
120 E Buffalo St., Suite 2<br>
Ithaca, New York 14850

---

May 14, 2025

**BY ECF**
Hon. Ramon E. Reyes
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Collins v. City of New York, et al.*
                1:23-cv-9248 (RER) (PK)

Dear Judge Reyes:

In accordance with Your Honor's Individual Rules and the EDNY bundling rule, I submit this letter to advise the Court that Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss has been served on opposing counsel today.

My understanding is that Defendant will file all papers with the Court as part of the fully briefed motion bundle following receipt of Defendants' reply papers.

                                                             Respectfully Submitted,

                                                             */s/ Sujata S. Gibson*
                                                             Counsel for the Plaintiffs

Cc:    All counsel via ECF